IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| GEORGE OLIVAREZ | § | |
| VS. | § | CIVIL ACTION NO. 1:22cv264 |
| BOBBY LUMPKIN, ET AL. | § | |

## MEMORANDUM ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Plaintiff George Olivarez, an inmate at the Hightower Unit, proceeding *pro se*, brought this civil rights suit pursuant to 42 U.S.C. § 1983.

The Court referred this matter to the Honorable Zack Hawthorn, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this Court. The magistrate judge recommends dismissing this action without prejudice based on plaintiff's motion for voluntary dismissal.

The Court has received and considered the Report and Recommendation of United States Magistrate Judge filed pursuant to such referral, along with the record, pleadings and all available evidence.  A copy of the report and recommendation was mailed to plaintiff at the address provided to the Court.  Plaintiff acknowledged receipt of the report and recommendation on August 15, 2022.  No objections to the Report and Recommendation of United States Magistrate Judge have been filed.

## O R D E R

Accordingly, the findings of fact and conclusions of law of the magistrate judge are correct and the report and recommendation of the magistrate judge is **ADOPTED**.  A separate

final judgment will be entered in this case in accordance with the magistrate judge's recommendations.

**SIGNED this 3rd day of October, 2022.**

_____

Michael J. Truncale
United States District Judge